**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jackson Jones, Jr.
In Proper Person
222 Foshee Ranch Rd.
Natchitoches LA 71457

> Judgment on rehearing rendered and mailed to all parties or counsel of record on November 13, 2019

**REHEARING ACTION: November 13, 2019**

**Docket Number: 19  00638-CA**

**STATE OF LA, BOARD OF ETHICS**
**VERSUS**
**JACKSON JONES, JR., ET AL.**

**Appealed from Natchitoches Parish Case No. C-91344**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Phyllis M. Keaty**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Jackson Jones, Jr.** has this day been

> **DENIED.**

cc: Tracy M. Barker, Counsel for the Appellee